The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR16-120 JLR |
|---|---|
| Plaintiff, | |
| v. | **ORDER TO SEAL** |
| JOSE PENUELAS-RODRIGUEZ, | |
| Defendant. | |

Having considered the Government's Motion to Seal, it is hereby ORDERED that the government's motion, along with the attendant Order, shall remain sealed.

DATED this 8th day of March, 2017.

JAMES L. ROBART
United States District Judge

Presented by:

/s/ Siddharth Velamoor
SIDDHARTH VELAMOOR
Assistant United States Attorney

ORDER TO SEAL - 1
U.S. v. PENUELAS-RODRIGUEZ / CR16-120 JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970