The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE PENUELAS-RODRIGUEZ,<br><br>Defendant. | NO. CR16-120 JLR<br><br>**ORDER TO SEAL** |

Having considered the Government's Motion to Seal, it is hereby ORDERED that the government's Sentencing Memorandum (dkt. #84) shall be sealed and remain sealed.

DATED this 1ST day of June, 2017.

JAMES L. ROBART
United States District Judge

Presented by:

*/s/ Siddharth Velamoor*
SIDDHARTH VELAMOOR
Assistant United States Attorney

ORDER TO SEAL - 1
U.S. v. PENUELAS-RODRIGUEZ / CR16-120 JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970